SETH E. TILLMON, ESQ. (State Bar No. 246240)
Law Office of Seth E. Tillmon
10008 National Blvd., #115
Los Angeles, CA 90034
Telephone: (310) 559-1604

Attorney for Plaintiff Carlos Dominguez


STEPHEN C. TEDESCO (State Bar No. 130325)
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-11940

BARBARA A. BLACKBURN (State Bar No. 253731)
Littler Mendelson, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: (916) 830-7200

Attorneys for Defendant Masco Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DOMINGUEZ, an individual; | Case No.: 2:14-CV-02887-JAM-DAD |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE JOHN MENDEZ |
| vs. | ORDER RE STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION |
| MASCO CORPORATION; | |
| DOES 1 through 50, inclusive; | |
| Defendants. | Complaint filed: October 20, 2014 (Sacramento County Superior Court) |

1      Case No.: 2:14-CV-02887-JAM-DAD

[PROPOSED] ORDER RE STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION

The Court, having read and considered the Stipulation of Plaintiff CARLOS DOMINGUEZ ("Plaintiff") and Defendant MASCO CORPORATION ("Defendant") (collectively, the "Parties") to Voluntarily Dismiss the Entire Action Without Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action on file with the above-entitled Court in Case No. 2:14-CV-02887-JAM-DAD is voluntarily dismissed in its entirety as against all Defendants with prejudice and ordered to binding arbitration pursuant to Defendants' Dispute Resolution policy, with each party to bear its own respective costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 2/20/2015          /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U. S. District Court Judge